GEORGE A. GUTHRIE (SBN 201263)
gguthrie@wilkefleury.com
SUZANNE M. NICHOLSON (SBN 208163)
snicholson@wilkefleury.com
WILKE FLEURY LLP
621 Capitol Mall, Suite 900
Sacramento, California  95814
Telephone:  (916) 441-2430
Facsimile:  (916) 442-6664

Attorneys for Plaintiff SYNERGY SPORTS
COMPLEX ASSOCIATION, aka SYNERGY SPORTS
COMPLEX

SONIA R. MARTIN (SBN 191148)
sonia.martin@dentons.com
JONATHAN A. BRAUNSTEIN (SBN 227322)
jon.braunstein@dentons.com
LYNDY CHANG STEWART (SBN 196455)
lyndy.stewart@dentons.com
DENTONS US LLP
1999 Harrison Street, Suite 1210
Oakland, California  94612
Telephone:  415 882 5000
Facsimile:  415 882 0300

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| SYNERGY SPORTS COMPLEX ASSOCIATION, aka SYNERGY SPORTS COMPLEX,<br><br>                    Plaintiff,<br><br>          vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>                    Defendant. | Case No. 2:25-cv-01608-TLN-SCR<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE DEADLINES SET FORTH IN THE INITIAL PRE-TRIAL SCHEDULING ORDER**<br><br>[L.R. 7-1(a)(5), L.R. 7-12]<br><br>Judge: Hon. Troy L. Nunley |

Plaintiff Synergy Sports Complex Association, aka Synergy Sports Complex ("Synergy") and defendant Nationwide Mutual Insurance Company ("Nationwide") (collectively, "the Parties"), by and through their respective counsel of record, agree and stipulate to a 180-day continuance of the deadlines set forth in the Court's June 10, 2025 Initial Pre-Trial Scheduling Order ("Initial Scheduling Order").

WHEREAS, pursuant to the Court's Initial Scheduling Order, the following deadlines currently apply to this action:

| | |
|---|---|
| June 10, 2026 | Fact Discovery Cut-Off |
| August 10, 2026 | Opening Expert Disclosures and Reports |
| September 9, 2026 | Last Day to Designate a List of Supplemental Experts |
| November 9, 2026 | Last Day to Exchange Supplemental Disclosures/Responses |
| December 7, 2026 | Last Day to File Dispositive Motions |
| January 7, 2027 | Last Day to File Joint Notice of Trial Readiness[1] |

WHEREAS, the Parties have timely conducted initial discovery, including exchange of initial disclosures, written discovery, document productions, third party document productions, and an onsite physical inspection;

WHEREAS, the Parties have agreed to commence engagement in direct settlement discussions in an effort to resolve this action;

WHEREAS, even if direct settlement discussions are unsuccessful, the Parties will be in better position to evaluate whether, when, and on what conditions to participate in private mediation (including exchange of additional information or documents to facilitate a meaningful mediation);

WHEREAS, discovery cut-off is currently June 10, 2026, pursuant to the Court's Initial Scheduling Order;

WHEREAS, the Parties wish to focus their efforts on resolving this action via settlement discussions before engaging in further discovery (including written discovery, depositions, and extensive expert discovery), which would be followed thereafter by significant dispositive motions and pretrial motions that would substantially detract focus from resolution efforts;

And WHEREAS, this is the first continuance requested by the Parties.

---

[1] If no dispositive motions have been filed.

CASE NO. 2:25-CV-01608-TLN-SCR     2     JOINT STIPULATION AND ORDER TO CONTINUE DEADLINES SET FORTH IN THE INITIAL PRET-TRIAL SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED that, in the interests of justice, judicial economy and efficiency, to conserve the resources of the Parties, to facilitate good faith settlement negotiations, and for good cause shown, the current deadlines set pursuant to the Court's Initial Scheduling Order be continued 180 days.

The new proposed deadlines are as follows:

| | |
|---|---|
| December 7, 2026 | Fact Discovery Cut-Off |
| February 8, 2027 | Opening Expert Disclosures and Reports |
| March 8, 2027 | Last Day to Designate a List of Supplemental Experts |
| May 10, 2027 | Last Day to Exchange Supplemental  Disclosures/Responses |
| June 7, 2027 | Last Day to File Dispositive Motions |
| July 6, 2027 | Last Day to File Joint Notice of Trial Readiness[2] |

**IT IS SO STIPULATED.**

Dated:  March 6, 2026                    WILKE FLEURY LLP

By:  _____/s/ Suzanne M. Nicholson_____
George A. Guthrie
Suzanne M. Nicholson

Attorneys for Plaintiff SYNERGY SPORTS COMPLEX ASSOCIATION, aka SYNERGY SPORTS COMPLEX

Dated:  March 6, 2026                    DENTONS US LLP

By:  _____/s/ Jonathan Braunstein_____
Jonathan Braunstein
Lyndy Chang Stewart

Attorneys for Defendant NATIONWIDE MUTUAL INSURANCE COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  March 6, 2026

_____
Troy L. Nunley
Chief United States District Judge

---

[2] If no dispositive motions have been filed.